# EXHIBIT "A"

10/2/23, 22:11 - Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more.
10/2/23, 22:11 - Yaniv: Hello Nicolas
10/2/23, 22:11 - Yaniv: This is Yaniv from EN trade
10/2/23, 22:11 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv how are you ?
10/2/23, 22:12 - Nicolas לוגיסטיקה ארה"ב: I'm getting driver ID to send it to you
10/2/23, 22:12 - Nicolas לוגיסטיקה ארה"ב: He is on the pickup location already
10/2/23, 22:12 - Yaniv: The warehouse is also asking for BOL
10/2/23, 22:12 - Yaniv: Let's create one together
10/2/23, 22:13 - Yaniv: Do you have a template?
10/2/23, 22:13 - Yaniv: They want it to include the Amazon shipment id's as well as your company details
10/2/23, 22:14 - Nicolas לוגיסטיקה ארה"ב: Sure let me ask operations for the template
10/2/23, 22:14 - Yaniv: They told me as of now shipment is reject due to missing bol
10/2/23, 22:14 - Yaniv: Also the driver mentioned to them that he's picking up food and they got suspicious, as these are coametics
10/2/23, 22:21 - Nicolas לוגיסטיקה ארה"ב: I'm talking with operations about this
10/2/23, 22:21 - Nicolas לוגיסטיקה ארה"ב: They are I charge of these BOL
10/2/23, 22:22 - Nicolas לוגיסטיקה ארה"ב: Truck is not contaminated, they clean very well these trucks
10/2/23, 22:22 - Yaniv: See how you can fix this
10/2/23, 22:22 - Nicolas לוגיסטיקה ארה"ב: Yeah I'm on ir right now
10/2/23, 22:22 - Yaniv: ███████ - 662
10/2/23, 22:23 - Yaniv: This is the warehouse manager number
10/2/23, 22:23 - Yaniv: Her name is Victoria
10/2/23, 22:23 - Yaniv: Talk to her directly
10/2/23, 22:23 - Nicolas לוגיסטיקה ארה"ב: Ok let me talk with her
10/2/23, 22:37 - Nicolas לוגיסטיקה ארה"ב: I already sent everything to Victoria
10/2/23, 22:37 - Yaniv: Ok let me knoe if pick-up took place
10/2/23, 22:57 - Nicolas לוגיסטיקה ארה"ב: Yaniv shipper is telling to the driver that this load was cancellated
10/2/23, 22:57 - Nicolas לוגיסטיקה ארה"ב: Can you check
10/2/23, 22:58 - Yaniv: She told me it's released
10/2/23, 22:58 - Yaniv: IMG-20231002-WA0205.jpg (file attached)
10/2/23, 22:59 - Yaniv: Maybe this Charlie guy did read her msg
10/2/23, 22:59 - Yaniv: Tell the driver to ask for Victoria
10/2/23, 22:59 - Yaniv: I mean didn't
10/2/23, 23:04 - Yaniv: IMG-20231002-WA0207.jpg (file attached)
Are we going to have issue delivering to Amazon?
10/2/23, 23:05 - Nicolas לוגיסטיקה ארה"ב: We already make the appointment in advance Yaniv
10/2/23, 23:06 - Yaniv: So it's going to be smooth?
10/2/23, 23:06 - Nicolas לוגיסטיקה ארה"ב: They give us this number ISA# 72760009980 to confirm the delivery appointment
10/2/23, 23:06 - Nicolas לוגיסטיקה ארה"ב: That number is on the BOL
10/2/23, 23:06 - Nicolas לוגיסטיקה ארה"ב: Should not be any problem with the delivery
10/2/23, 23:06 - Yaniv: I am not familiar with this part of the process
10/2/23, 23:06 - Yaniv: Trust you guys
10/2/23, 23:06 - Yaniv: You did this before, rright?
10/2/23, 23:07 - Nicolas לוגיסטיקה ארה"ב: Yeah of course
10/2/23, 23:10 - Nicolas לוגיסטיקה ארה"ב: IMG-20231128-WA0108.jpg (file attached)
Here is the appointment confirmation
10/2/23, 23:21 - Nicolas לוגיסטיקה ארה"ב: Here is the Confirmation with all the FBA ids
10/2/23, 23:21 - Nicolas לוגיסטיקה ארה"ב: IMG-20231128-WA0107.jpg (file attached)
10/2/23, 23:22 - Nicolas לוגיסטיקה ארה"ב: You can send that to Victoria she was kind of rude with me
10/2/23, 23:23 - Yaniv: forget about her
10/2/23, 23:23 - Yaniv: Let's get these delivered
10/2/23, 23:24 - Nicolas לוגיסטיקה ארה"ב: Sure Yaniv, everything is set up to deliver correctly.
10/2/23, 23:31 - Nicolas לוגיסטיקה ארה"ב: Yaniv can you try to push them on your side because they don't

load him yet.
10/2/23, 23:32 - Yaniv: Yes
10/2/23, 23:32 - Nicolas לוגיסטיקה ארה"ב: Thank you
10/3/23, 00:59 - Nicolas לוגיסטיקה ארה"ב: Yaniv they keep asking for more documents to the driver
10/3/23, 00:59 - Nicolas לוגיסטיקה ארה"ב: I already send them BOL
10/3/23, 01:00 - Nicolas לוגיסטיקה ארה"ב: ID
10/3/23, 01:00 - Nicolas לוגיסטיקה ארה"ב: Everything
10/3/23, 01:00 - Nicolas לוגיסטיקה ארה"ב: I don't know what else they want
10/3/23, 01:00 - Yaniv: I'm texting them again
10/3/23, 01:01 - Yaniv: Your shipment is released what you talking about ?
10/3/23, 01:01 - Yaniv: Best if you talk to Victoria directly
10/3/23, 01:02 - Yaniv: Read what she wrote
10/3/23, 01:03 - Yaniv: PTT-20231003-WA0010.opus (file attached)
10/3/23, 01:21 - Yaniv: IMG-20231003-WA0013.jpg (file attached)
10/3/23, 01:25 - Nicolas לוגיסטיקה ארה"ב: They're saying to the driver that they will load him at 7 pm
10/3/23, 01:26 - Yaniv: But look here they are already loading
10/3/23, 01:30 - Yaniv: Did you finish loading?
10/3/23, 01:30 - Yaniv: Working on it
10/3/23, 01:30 - Yaniv: IMG-20231003-WA0018.jpg (file attached)
10/3/23, 01:30 - Yaniv: 7 of 22
10/3/23, 01:30 - Yaniv: Seems like you're misinformed
10/3/23, 01:36 - Nicolas לוגיסטיקה ארה"ב: Ok I'm just talk with the driver
10/3/23, 01:37 - Nicolas לוגיסטיקה ארה"ב: I was talking with the dispatcher but I already talk with the driver
10/3/23, 01:37 - Yaniv: So we good
10/3/23, 01:37 - Nicolas לוגיסטיקה ארה"ב: Yes so far everything is good
10/3/23, 16:26 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, remember to send me your company information
10/3/23, 16:28 - Yaniv: Hi
10/3/23, 16:28 - Yaniv: Remind me what you need
10/3/23, 16:28 - Nicolas לוגיסטיקה ארה"ב: -      Company name
-       Address
-       Phone number
-       Contact person
-       Tax ID
10/3/23, 16:31 - Yaniv: E.N Yosef Trade Ltd
4 Haprachim st., Ra'anana, Israel
██████████888
Eliran Katriel
██████530
10/3/23, 22:15 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, I just receive a call from the driver he checked in at 1:30 pm yesterday and checked out at 8:30 pm. 2 hours are always free, so he is asking for detention from 3:30 pm to 8:30 pm. That is 5 hours that he has waited. $35/ hour.
10/3/23, 22:15 - Nicolas לוגיסטיקה ארה"ב: I will add that to the rate before deliver, ok?
10/3/23, 22:24 - Yaniv: So another 175?
10/3/23, 22:24 - Nicolas לוגיסטיקה ארה"ב: Yes Yaniv, sorry about this I try to minimize the cost but is the best I can do here
10/3/23, 22:25 - Yaniv: Ok
10/10/23, 00:41 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv
10/10/23, 00:42 - Nicolas לוגיסטיקה ארה"ב: IMG-20231128-WA0109.jpg (file attached)
This is the POD of the load
10/10/23, 00:42 - Yaniv: hi
10/10/23, 00:42 - Nicolas לוגיסטיקה ארה"ב: Is delivered already
10/10/23, 00:42 - Yaniv: aswsome, thank you
10/10/23, 00:43 - Nicolas לוגיסטיקה ארה"ב: Anytime
10/11/23, 00:28 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, if we can help you with the 3PL I will be more than happy to assist you
10/11/23, 00:28 - Nicolas לוגיסטיקה ארה"ב: And one more think where are you sourcing your products ?

10/11/23, 13:30 - Yaniv: Hi
10/11/23, 13:30 - Yaniv: All over the globe. Why?
10/11/23, 13:30 - Yaniv: What's the closest airport?
10/11/23, 16:46 - Nicolas לוגיסטיקה ארה"ב: 60 miles away from LA airport
10/11/23, 16:46 - Nicolas לוגיסטיקה ארה"ב: I'm asking because we have really good rates from China and Europe directly to Amazon
10/11/23, 16:47 - Yaniv: We are shipping from Dubai / Europe
10/11/23, 16:48 - Nicolas לוגיסטיקה ארה"ב: Yes we can do it
10/11/23, 16:48 - Yaniv: PTT-20231011-WA0157.opus (file attached)
10/11/23, 16:49 - Nicolas לוגיסטיקה ארה"ב: No problem, we have good arrangements with Amazon so there is no problem for us
10/16/23, 15:21 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, I think something is happen with your emails because I just sent one email and all of three was undelivered
10/16/23, 15:21 - Nicolas לוגיסטיקה ארה"ב: Yours, Inon and Eliran
10/16/23, 15:22 - Yaniv: Let me check
10/16/23, 15:22 - Yaniv: Can you show me the msg?
10/16/23, 15:28 - Nicolas לוגיסטיקה ארה"ב: IMG-20231016-WA0083.jpg (file attached)
10/16/23, 15:29 - Nicolas לוגיסטיקה ארה"ב: And is the same for three emails
10/16/23, 15:31 - Yaniv: PTT-20231016-WA0084.opus (file attached)
10/16/23, 15:38 - Nicolas לוגיסטיקה ארה"ב: Yeah I see the rate, but I need the dimensions of the pallets to quote properly
10/16/23, 15:38 - Nicolas לוגיסטיקה ארה"ב: Do you have that info ?
10/16/23, 15:40 - Yaniv: Not yet
10/16/23, 15:40 - Yaniv: Soon
10/16/23, 15:40 - Yaniv: What rate do you see?
10/16/23, 15:41 - Nicolas לוגיסטיקה ארה"ב: I don't know without the pallet dimensions
10/16/23, 15:41 - Nicolas לוגיסטיקה ארה"ב: If is an LTL
10/16/23, 15:41 - Nicolas לוגיסטיקה ארה"ב: Or I can quote a dedicated truck but would be more expensive
10/16/23, 19:43 - Nicolas לוגיסטיקה ארה"ב: Yaniv, do you know when these 12 pallets are going to be ready?
10/16/23, 19:44 - Yaniv: Can't tell exact date
10/16/23, 19:44 - Yaniv: Very hard to depart from Israel these days
10/16/23, 19:45 - Nicolas לוגיסטיקה ארה"ב: I understand,
10/16/23, 19:45 - Nicolas לוגיסטיקה ארה"ב: Are you there ?
10/16/23, 19:56 - Yaniv: Yeap
10/16/23, 20:03 - Nicolas לוגיסטיקה ארה"ב: I hope you and all your family be safe. Please be careful and I hope with all my heart that all that passes quickly
10/16/23, 20:11 - Yaniv: Thank you
10/16/23, 20:37 - Yaniv: Do you have cost estimation?
10/16/23, 20:37 - Nicolas לוגיסטיקה ארה"ב: Yeah I already send it around $4800
10/16/23, 20:37 - Yaniv: Haaaa
10/16/23, 20:37 - Yaniv: Too much
10/16/23, 20:38 - Yaniv: How come FTL from NY was 5300
10/16/23, 20:38 - Yaniv: And 12 palleta from Miami are 4800
10/16/23, 20:43 - Nicolas לוגיסטיקה ארה"ב: The think is LTL out of FL to Amazon is complicated
10/16/23, 20:43 - Nicolas לוגיסטיקה ארה"ב: Because LtL carriers many time loose their appointments
10/16/23, 20:43 - Nicolas לוגיסטיקה ארה"ב: That's why I quote a box truck
10/16/23, 20:43 - Nicolas לוגיסטיקה ארה"ב: A dedicated box truck
10/16/23, 20:43 - Yaniv: Will be cheaper from NY?
10/16/23, 20:43 - Nicolas לוגיסטיקה ארה"ב: But I can quote with LTL
10/16/23, 20:43 - Yaniv: We won't be paying 4.8
10/16/23, 20:43 - Nicolas לוגיסטיקה ארה"ב: Yes
10/16/23, 20:44 - Nicolas לוגיסטיקה ארה"ב: Definitely
10/16/23, 20:44 - Nicolas לוגיסטיקה ארה"ב: I can quote with an LTL
10/16/23, 20:45 - Yaniv: Send us quote from NY
10/16/23, 20:47 - Nicolas לוגיסטיקה ארה"ב: Around $3600
10/16/23, 21:13 - Yaniv: Let me compare and update

10/18/23, 00:15 - Yaniv: Hi, how are you?
I have created a silent whatsapp group (only admin can send messages) where I share verified pro-israeli content for folks to share on their social. Would you like to join the group?
Every share matters!
10/18/23, 00:18 - Nicolas לוגיסטיקה ארה"ב: Yes
10/18/23, 00:18 - Yaniv: Great
10/18/23, 00:18 - Yaniv: https://chat.whatsapp.com/FQQhRv08uHo7kyHSabmvQA
10/18/23, 00:18 - Yaniv: Hoping you can have some of your contacts to join too
10/18/23, 21:25 - Yaniv: Hi
10/18/23, 21:26 - Yaniv: Did you see my email?
10/18/23, 21:27 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, I having troubles with my email right now
10/18/23, 21:27 - Nicolas לוגיסטיקה ארה"ב: Can you send it to me by here please
10/18/23, 21:29 - Yaniv: IMG-20231018-WA0157.jpg (file attached)
10/18/23, 21:29 - Nicolas לוגיסטיקה ארה"ב: Ok I will send it to you soon
10/18/23, 21:32 - Nicolas לוגיסטיקה ארה"ב: IMG-20231018-WA0160.jpg (file attached)
10/18/23, 21:38 - Yaniv: I will compare and update
10/18/23, 22:22 - Yaniv: How do you manage the inventory?
10/18/23, 22:25 - Nicolas לוגיסטיקה ארה"ב: What do you mean?
10/18/23, 22:28 - Yaniv: Are you using sheets? some online platform?
10/18/23, 22:28 - Yaniv: How do I see my stock with you and manage it?
10/18/23, 22:28 - Nicolas לוגיסטיקה ארה"ב: Yeah we have a digital platform
10/18/23, 22:29 - Yaniv: Which paltform?
10/18/23, 22:29 - Nicolas לוגיסטיקה ארה"ב: We have our own platform
10/18/23, 22:29 - Yaniv: Ok we will need a demo assuming we're okay with the pricing
10/19/23, 16:32 - Yaniv: Good moring
10/19/23, 16:40 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv
10/19/23, 16:49 - Yaniv: Got a few min for a call?
10/19/23, 17:01 - Nicolas לוגיסטיקה ארה"ב: Yaniv I'm in a meeting but give me one hour
10/19/23, 19:36 - Nicolas לוגיסטיקה ארה"ב: Yaniv I'm free now
10/19/23, 20:20 - Yaniv: Hi
10/19/23, 20:20 - Yaniv: I need your help understanding the costs
10/19/23, 20:21 - Yaniv: What we need is a warehouse to receive the goods, prep and ship to Amazon
10/19/23, 20:21 - Yaniv: I need an estimation of the cost per unit
10/19/23, 23:15 - Yaniv: ?
10/19/23, 23:17 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv if you can give me a real example of what you need I can talk with my warehouse team and give you an estamated rate
10/19/23, 23:18 - Nicolas לוגיסטיקה ארה"ב: Let me know exactly what you need and i can help you
10/19/23, 23:18 - Nicolas לוגיסטיקה ארה"ב: Here you can see how much is the cost for receive one carton, one container and one pallet
10/19/23, 23:18 - Nicolas לוגיסטיקה ארה"ב: Also you can se how much is the cost per label
10/19/23, 23:19 - Nicolas לוגיסטיקה ארה"ב: And also Carton and pallet forwarding
10/19/23, 23:19 - Yaniv: This is placing a label on a single unit?
10/19/23, 23:20 - Nicolas לוגיסטיקה ארה"ב: Labeling is $ 0.85 each label
10/19/23, 23:20 - Yaniv: That is very expensive
10/19/23, 23:20 - Yaniv: Even more than amazon
10/19/23, 23:20 - Nicolas לוגיסטיקה ארה"ב: Depend of the quantity that you have I can negotiate with the warehouse
10/19/23, 23:21 - Nicolas לוגיסטיקה ארה"ב: If you give me an exact amount of cartons that you want us to receive I can negotiate with the warehouse and offer you a better price
10/19/23, 23:21 - Yaniv: Will share soon
10/19/23, 23:21 - Nicolas לוגיסטיקה ארה"ב: Perfect Yaniv I will be attentive
10/19/23, 23:52 - Yaniv: DOC-20231019-WA0220. (file attached)
10/19/23, 23:52 - Yaniv: DOC-20231019-WA0222. (file attached)
10/19/23, 23:52 - Yaniv: DOC-20231019-WA0221. (file attached)
10/19/23, 23:53 - Yaniv: 3 packing lists
10/19/23, 23:53 - Yaniv: Receive and check qty and.
And then:

1. We need to label each perfume.
2. Label each box(1 label per box)
3. Label the pallet (4 labels for each side of the pallet)
That's about it, then when all the pallets are ready send them to Amazon
10/19/23, 23:53 - Yaniv: Give me costs end to end
10/19/23, 23:59 - Nicolas לוגיסטיקה ארה"ב: Do you know which Amazon ?
10/19/23, 23:59 - Nicolas לוגיסטיקה ארה"ב: DuPont ?
10/19/23, 23:59 - Yaniv: Yes
10/19/23, 23:59 - Nicolas לוגיסטיקה ארה"ב: Got it let me work on it
10/19/23, 23:59 - Yaniv: Ok
10/20/23, 14:37 - Yaniv: Good morning
10/20/23, 14:37 - Yaniv: I also need a quote for collecting 12 pallets from NY and deliver to Dupont <This message was edited>
10/20/23, 14:48 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, let me work on that
10/20/23, 14:48 - Nicolas לוגיסטיקה ארה"ב: Do you have the Ny address ?
10/20/23, 14:51 - Yaniv: PTT-20231020-WA0058.opus (file attached)
10/20/23, 16:26 - Nicolas לוגיסטיקה ארה"ב: I will send you that rate soon Yaniv
10/20/23, 16:26 - Yaniv: We have a few more pallets in a different warehouse in NY
10/20/23, 16:26 - Yaniv: Maybe we can collect from both and consolidate
10/20/23, 16:29 - Nicolas לוגיסטיקה ארה"ב: So you have 12 in one warehouse and more pallets in other warehouses ?
10/20/23, 16:29 - Yaniv: 12 + 4-8
10/20/23, 16:29 - Yaniv: Waiting to receive final qty
10/20/23, 16:41 - Nicolas לוגיסטיקה ארה"ב: So total would be three pickups 24 pallets right ?
10/20/23, 16:46 - Yaniv: No
10/20/23, 16:47 - Yaniv: Location one 12 pallets
10/20/23, 16:47 - Yaniv: Location two 4-8 pallets
10/20/23, 16:47 - Nicolas לוגיסטיקה ארה"ב: Ok got it so, please let me know when you have the concrete information and both pickup address's so I can send you a proper rate
10/20/23, 16:47 - Yaniv: Ok I will
10/20/23, 16:48 - Yaniv: issue with your email resolved?
10/20/23, 16:48 - Yaniv: Also I need the prep quote urgently, we hve a shipping leaving Europe on Monday
10/20/23, 19:55 - Nicolas לוגיסטיקה ארה"ב: Yaniv the email is synchronizing and that could take the entire day
10/20/23, 19:55 - Nicolas לוגיסטיקה ארה"ב: Yeah I will send it to you by the end of the day
10/20/23, 19:55 - Nicolas לוגיסטיקה ארה"ב: What about the pallets from Ny to DuPont
10/20/23, 19:55 - Nicolas לוגיסטיקה ארה"ב: Do you have the exact information?
10/20/23, 20:03 - Yaniv: Only next week
10/20/23, 22:55 - Nicolas לוגיסטיקה ארה"ב: We need to label each perfume. $729
Label each box(1 label per box) $0.85 per label
Label the pallet (4 labels for each side of the pallet) $0.85 per label
10/20/23, 22:57 - Yaniv: 729 for how many units?
10/20/23, 22:58 - Yaniv: And are these the only costs? No more?
10/20/23, 22:59 - Nicolas לוגיסטיקה ארה"ב: Yeah those are the only costs for the prep center
10/20/23, 23:01 - Yaniv: ?
10/20/23, 23:02 - Nicolas לוגיסטיקה ארה"ב: For all the units
10/20/23, 23:02 - Nicolas לוגיסטיקה ארה"ב: Total 1799 units
10/20/23, 23:06 - Yaniv: Ok I'll update
10/20/23, 23:06 - Yaniv: No receiving and outbound costs?
10/20/23, 23:25 - Nicolas לוגיסטיקה ארה"ב: Here you can see receiving and outbound rates
10/20/23, 23:26 - Yaniv: Pls double check
10/20/23, 23:26 - Yaniv: I think the out bound is included in your original offer
10/20/23, 23:29 - Nicolas לוגיסטיקה ארה"ב: We need to label each perfume. $729
Label each box(1 label per box) $0.85 per label
Label the pallet (4 labels for each side of the pallet) $0.85 per label
10/20/23, 23:29 - Nicolas לוגיסטיקה ארה"ב: Here is just the prep
10/20/23, 23:30 - Nicolas לוגיסטיקה ארה"ב: Receiving and outbound are here

10/20/23, 23:43 - Yaniv: Sorry Nicholas this is not clear
10/20/23, 23:43 - Yaniv: Let me know the costs end to end pls
10/20/23, 23:43 - Yaniv: In, prep and out
10/20/23, 23:44 - Nicolas לוגיסטיקה ארה"ב: I understand that three packing list are 77 master cartons
10/20/23, 23:45 - Nicolas לוגיסטיקה ארה"ב: Inbound are $177.1
10/20/23, 23:45 - Nicolas לוגיסטיקה ארה"ב: Outbound $ 177.1
10/20/23, 23:45 - Nicolas לוגיסטיקה ארה"ב: Prep would be this
10/20/23, 23:45 - Nicolas לוגיסטיקה ארה"ב: We need to label each perfume. $729
Label each box(1 label per box) $0.85 per label
Label the pallet (4 labels for each side of the pallet) $0.85 per label
10/20/23, 23:48 - Yaniv: And that's it right? End to end
10/20/23, 23:49 - Nicolas לוגיסטיקה ארה"ב: Yes, on the warehouse yes, the transportation from our warehouse to DuPont is additional
10/20/23, 23:49 - Yaniv: Ok
10/20/23, 23:50 - Yaniv: What's the breakdown of this number?
10/20/23, 23:50 - Nicolas $2.30 :לוגיסטיקה ארה"ב x each carton
10/20/23, 23:50 - Nicolas 77 :לוגיסטיקה ארה"ב cartons
10/20/23, 23:51 - Yaniv: Why are you not doing this per pallet?
10/20/23, 23:52 - Yaniv: 18 per pallet
10/20/23, 23:52 - Nicolas לוגיסטיקה ארה"ב: Because in the packing list show us as a loose cartons
10/20/23, 23:52 - Yaniv: I see
10/20/23, 23:52 - Yaniv: Ok I'm now sending you another packing list
10/20/23, 23:53 - Yaniv: Goods that need to depart next week
10/20/23, 23:53 - Nicolas לוגיסטיקה ארה"ב: Screenshot (2).png (file attached)
Screenshot (2).png
10/20/23, 23:53 - Yaniv: DOC-20231020-WA0155. (file attached)
10/20/23, 23:53 - Yaniv: 3 pallets
10/20/23, 23:54 - Yaniv: What's this?
10/20/23, 23:54 - Nicolas לוגיסטיקה ארה"ב: Sorry wrong message
10/20/23, 23:55 - Nicolas לוגיסטיקה ארה"ב: So, these three pallets is for do the same?
10/20/23, 23:55 - Nicolas לוגיסטיקה ארה"ב: Or is the same cargo but in pallets?
10/20/23, 23:55 - Yaniv: Different shipment
10/20/23, 23:55 - Yaniv: Different supplier
10/20/23, 23:56 - Nicolas לוגיסטיקה ארה"ב: Ok, so you need a rate for the prep center for these pallets?
10/20/23, 23:56 - Yaniv: 0.40 per unit
0.85 per box/pallet label
18 per pallet inbound
18 per pallet outbound
10/20/23, 23:57 - Yaniv: Is this accurate?
10/20/23, 23:57 - Yaniv: If so I understand the pricing
10/20/23, 23:58 - Nicolas לוגיסטיקה ארה"ב: Yes, is correct
10/20/23, 23:58 - Nicolas לוגיסטיקה ארה"ב: What is the 0.40 ?
10/20/23, 23:58 - Yaniv: Labeling each unit
10/20/23, 23:59 - Yaniv: 729/1799
10/20/23, 23:59 - Nicolas לוגיסטיקה ארה"ב: Yes
10/21/23, 00:00 - Yaniv: One last thing
10/21/23, 00:00 - Yaniv: How much would we pay for shipping 3 pallets from your facility to Dupont?
10/21/23, 00:13 - Nicolas לוגיסטיקה ארה"ב: Let me work on it
10/23/23, 14:15 - Yaniv: Good morning Nicolas
10/23/23, 16:46 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, how are you
10/23/23, 16:47 - Yaniv: I'm ok tnx
10/23/23, 16:47 - Yaniv: Any news?
10/23/23, 16:47 - Yaniv: Also pls give me your address, we're working on getting a quote for a shipment arriving from Europe
10/23/23, 16:47 - Yaniv: As well as the nearest airport
10/23/23, 16:59 - Yaniv: LAX?
10/23/23, 17:25 - Nicolas לוגיסטיקה ארה"ב: The nearest airport is LAX

10/23/23, 17:26 - Nicolas לוגיסטיקה ארה"ב: 131 Perry Street Perris, CA 92571
10/23/23, 17:26 - Nicolas לוגיסטיקה ארה"ב: This is the address
10/23/23, 17:26 - Nicolas לוגיסטיקה ארה"ב: I can help you with shipments from Europe if you give me the chance to quote
10/23/23, 17:31 - Yaniv: I'll update once I have packing list
10/23/23, 20:49 - Nicolas לוגיסטיקה ארה"ב: The rate to deliver this would be $980
10/23/23, 21:02 - Yaniv: I see
10/23/23, 21:20 - Yaniv: Can you give me the total cost with everything?
10/23/23, 21:20 - Yaniv: In
Out
Unit labels
Box labels
Shipping
And anything else I missed
10/23/23, 21:21 - Nicolas לוגיסטיקה ארה"ב: This is for these three pallets ?
10/23/23, 21:21 - Yaniv: Yes pls
10/23/23, 21:22 - Nicolas לוגיסטיקה ארה"ב: So do you need to ship those to our warehouse, prep everything and from our warehouse send them to DuPont ?
10/23/23, 21:22 - Yaniv: Starting at LAXA
10/23/23, 21:22 - Yaniv: LAX
10/23/23, 21:22 - Yaniv: pick up
10/23/23, 21:22 - Yaniv: Until dispatch at Amazon
10/23/23, 21:23 - Yaniv: Wait sorry
10/23/23, 21:23 - Nicolas לוגיסטיקה ארה"ב: So, from LAX airport to our warehouse and then to DuPont ?
10/23/23, 21:23 - Yaniv: We will deliver to your warehouse
10/23/23, 21:24 - Yaniv: You can give me both options, from LAX and from your warehouse
10/23/23, 21:24 - Nicolas לוגיסטיקה ארה"ב: But from LAX airport to DuPont ?
10/23/23, 21:24 - Nicolas לוגיסטיקה ארה"ב: I'm not understanding
10/23/23, 21:24 - Nicolas לוגיסטיקה ארה"ב: You need to label everything
10/23/23, 21:24 - Yaniv: Lol sorry
10/23/23, 21:25 - Yaniv: 1. Pickup from LAX
2. Inbound
3. Labeling (1 per unit + 1 per master + 4 per pallet)
4. Outbound
5. Shipping to Dupont
10/23/23, 21:25 - Yaniv: Did I miss anything?
10/23/23, 21:27 - Nicolas לוגיסטיקה ארה"ב: So, would be three pallets 159 boxes right ?
10/23/23, 21:28 - Yaniv: Yes
10/23/23, 21:28 - Nicolas לוגיסטיקה ארה"ב: Ok got it
10/23/23, 21:28 - Yaniv: 3239 pcs
10/23/23, 21:29 - Yaniv: If you could give me price per paragraph would be good
10/23/23, 21:30 - Nicolas לוגיסטיקה ארה"ב: Ok and would be from LAX airport right?
10/23/23, 21:30 - Yaniv: Yeah
10/23/23, 21:31 - Nicolas לוגיסטיקה ארה"ב: Ok perfect
10/24/23, 17:22 - Yaniv: Hi
10/24/23, 17:24 - Yaniv: You deleted this message
10/24/23, 17:24 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv
10/24/23, 17:25 - Yaniv: In addition to the shipment arriving to LAX and the one pending in NY 2 warehouses
10/24/23, 17:25 - Yaniv: We have a flight coming to JFK
10/24/23, 17:25 - Yaniv: Need FTL to pick up and deliver to Dupont
10/24/23, 17:25 - Yaniv: I need your best price
10/24/23, 17:26 - Nicolas לוגיסטיקה ארה"ב: Do you know when the cargo arrives ?
10/24/23, 17:26 - Yaniv: PTT-20231024-WA0103.opus (file attached)
10/24/23, 17:32 - Nicolas לוגיסטיקה ארה"ב: Ok Yaniv, le me work on this
10/24/23, 17:32 - Yaniv: We have 3 shipments pending
10/24/23, 17:32 - Yaniv: LAX

2 addresses in NY (still waiting for some info)
JFK <This message was edited>
10/25/23, 17:55 - Yaniv: Hi, any news?
10/26/23, 16:42 - Yaniv: ?
10/26/23, 16:43 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, sorry
10/26/23, 16:43 - Nicolas לוגיסטיקה ארה"ב: I was out
10/26/23, 16:45 - Nicolas לוגיסטיקה ארה"ב: For this one we can do $5400
10/26/23, 16:46 - Nicolas לוגיסטיקה ארה"ב: Which one else i owe you?
10/26/23, 16:53 - Yaniv: ONE
10/26/23, 16:54 - Yaniv: And the 2nd I still need to collect info
10/26/23, 20:15 - Nicolas לוגיסטיקה ארה"ב: 1. Pickup from LAX // $ 320 from LAX airport to our warehouse
2. Inbound // $ 18 x pallet
3. Labeling (1 per unit + 1 per master + 4 per pallet) // $0.40 x unit // 0.85 x master // 0.85 x pallet (each label)
4. Outbound // $ 18 x pallet
5. Shipping to Dupont // $ 1200
11/1/23, 20:46 - Yaniv: Hi Nicolas
11/1/23, 20:47 - Yaniv: Moving forward with pick up from 2 locations in NY
11/1/23, 20:47 - Yaniv: You email is ok?
11/1/23, 20:48 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, yes send me the email with all the details and I can help you
11/1/23, 20:48 - Yaniv: Ok
11/1/23, 20:51 - Yaniv: Boston airport to Dupont should be cheaper than NY to Dupont?
11/1/23, 22:06 - Yaniv: ?
11/2/23, 00:51 - Nicolas לוגיסטיקה ארה"ב: Yes should be cheaper
11/2/23, 16:32 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv,
11/2/23, 16:32 - Nicolas לוגיסטיקה ארה"ב: Im working in your rate already
11/2/23, 16:38 - Yaniv: For Boston?
11/2/23, 16:39 - Yaniv: And NY?
11/2/23, 16:39 - Yaniv: We have sent you 2 emails today, 1 by me and another by Eliran
11/2/23, 16:39 - Nicolas לוגיסטיקה ארה"ב: Yeah from Boston
11/2/23, 16:39 - Nicolas לוגיסטיקה ארה"ב: Yeah I'm working on this one as well
11/2/23, 16:39 - Yaniv: Ok also wanted to talk to you about a shipment we're shipping to your warehouse
11/2/23, 16:39 - Yaniv: But that can way
11/2/23, 16:56 - Yaniv: Let me know if someone can give us a demo of your warehouse application
11/2/23, 16:57 - Yaniv: Are these guys processing goods fast?
11/2/23, 16:59 - Nicolas לוגיסטיקה ארה"ב: Yeah the process everything fast
11/2/23, 17:15 - Yaniv: ?
11/2/23, 17:15 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, I'm traveling to NY give me a few days that i back to the office and I can arrange it
11/2/23, 17:17 - Yaniv: PTT-20231102-WA0094.opus (file attached)
11/2/23, 18:21 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv Boston to DuPont I can do 5400
11/2/23, 18:21 - Nicolas לוגיסטיקה ארה"ב: About the warehouse let's do something
11/2/23, 18:22 - Nicolas לוגיסטיקה ארה"ב: Send me an email and I will cc my warehouse guy in that email and you can talk with him it's ok ?
11/2/23, 18:25 - Yaniv:
11/6/23, 17:13 - Yaniv: Good morning
11/6/23, 17:13 - Yaniv: Waiting for rate for NY x 2 pickups
11/6/23, 18:12 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv
11/6/23, 18:12 - Nicolas לוגיסטיקה ארה"ב: $5500
11/6/23, 18:13 - Yaniv: Thanks. Can you also reply by email so my team see?
11/6/23, 18:13 - Nicolas לוגיסטיקה ארה"ב: Yaniv I'm out of the office until Thursday
11/6/23, 18:14 - Yaniv: Ha ok
11/6/23, 18:14 - Nicolas לוגיסטיקה ארה"ב: Sorry about it
11/6/23, 18:14 - Nicolas לוגיסטיקה ארה"ב: But if you want to arrange it let me know I advice operations
11/6/23, 18:14 - Yaniv: Ok
11/8/23, 15:05 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, any comments on the rates that I sent you before ?

11/8/23, 15:54 - Yaniv: Still no news
11/8/23, 15:57 - Nicolas לוגיסטיקה ארה"ב: Ok please let me know
11/8/23, 17:07 - Yaniv: PTT-20231108-WA0064.opus (file attached)
11/8/23, 17:08 - Yaniv: PTT-20231108-WA0065.opus (file attached)
11/8/23, 20:46 - Yaniv: ?
11/8/23, 21:09 - Nicolas לוגיסטיקה ארה"ב: Yeah would be fine
11/8/23, 21:09 - Nicolas לוגיסטיקה ארה"ב: They can fit 25 pallets
11/8/23, 21:11 - Yaniv: Ok Eliran will send you all info tomorrow by email
11/8/23, 21:11 - Nicolas לוגיסטיקה ארה"ב: Ok perfect I will be attentive
11/9/23, 16:10 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, do you know if we are going to proceed with that truck ?
11/9/23, 16:12 - Yaniv: Hi, yes
11/9/23, 16:12 - Yaniv: We will update soon
11/9/23, 16:12 - Yaniv: Waiting for thr warehouse to finish labeling
11/9/23, 16:13 - Nicolas לוגיסטיקה ארה"ב: So, would be two pickups one delivery right ?
11/9/23, 16:16 - Yaniv: 2 locations in NY
1 FTL
11/9/23, 16:37 - Nicolas לוגיסטיקה ארה"ב: Ok let me find a driver for this week
11/9/23, 21:23 - Yaniv: We should be ready for Monday
11/9/23, 21:27 - Nicolas לוגיסטיקה ארה"ב: So, do you want me to arrange it ?
11/9/23, 21:28 - Yaniv: Wait for an email with the shipment ids
11/9/23, 21:28 - Yaniv: I want to be sure both warehouses are ready
11/9/23, 21:32 - Nicolas לוגיסטיקה ארה"ב: Ok perfect
11/10/23, 19:17 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, how are you?
11/10/23, 19:17 - Nicolas לוגיסטיקה ארה"ב: Any comment for that truck ?
11/10/23, 19:17 - Nicolas לוגיסטיקה ארה"ב: Two pickups one delivery
11/10/23, 19:31 - Yaniv: We're struggling to find out information from one of the 1 warehouses
11/10/23, 19:31 - Yaniv: It should be closed any day
11/10/23, 19:31 - Yaniv: You will be updated
11/13/23, 19:15 - Nicolas לוגיסטיקה ארה"ב: Yaniv the cargo from Boston cannot be an LTL
11/13/23, 19:16 - Nicolas לוגיסטיקה ארה"ב: Is to many pallets needs to be an FTL
11/13/23, 19:16 - Yaniv: Can't pat 5800 on this
11/13/23, 19:16 - Yaniv: Just 14 pallets
11/13/23, 19:17 - Nicolas לוגיסטיקה ארה"ב: The maximum for LTL movements are 12 pallets
11/13/23, 20:16 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv I'm confused
11/13/23, 20:16 - Nicolas לוגיסטיקה ארה"ב: The one from NJ to WA
11/13/23, 20:16 - Yaniv: Yes
11/13/23, 20:16 - Nicolas לוגיסטיקה ארה"ב: Two pickups one delivery
11/13/23, 20:16 - Yaniv: Correct
11/13/23, 20:16 - Nicolas לוגיסטיקה ארה"ב: That one is ready ?
11/13/23, 20:16 - Yaniv: Yes
11/13/23, 20:16 - Yaniv: Waiting for 2 BOLs from u
11/13/23, 20:16 - Nicolas לוגיסטיקה ארה"ב: Ok perfect
11/13/23, 20:17 - Yaniv: You have excel with breakdown
11/13/23, 20:17 - Nicolas לוגיסטיקה ארה"ב: I will send you the two BOL soon
11/13/23, 20:58 - Yaniv: Ate you near Julian?
11/13/23, 20:58 - Nicolas לוגיסטיקה ארה"ב: What do you need?
11/13/23, 20:58 - Nicolas לוגיסטיקה ארה"ב: I can help you
11/13/23, 21:00 - Yaniv: null
11/13/23, 21:01 - Yaniv: Call me back
11/13/23, 21:01 - Nicolas לוגיסטיקה ארה"ב: null
11/13/23, 21:59 - Nicolas לוגיסטיקה ארה"ב: null
11/13/23, 22:02 - Yaniv: DOC-20231113-WA0158. (file attached)
11/13/23, 22:03 - Yaniv: All clear?
11/13/23, 22:07 - Nicolas לוגיסטיקה ארה"ב: Yeah
11/13/23, 22:07 - Yaniv: you talked to Nicolas?
11/13/23, 22:14 - Nicolas לוגיסטיקה ארה"ב: Please inform us FBA # and Amazon id reference.

11/13/23, 22:14 - Nicolas לוגיסטיקה ארה"ב: Can you help us with that in order to make the appointment with Amazon
11/13/23, 22:18 - Yaniv: Look inside this sheet
11/13/23, 22:18 - Yaniv: You have it all
11/13/23, 22:19 - Yaniv: Fba shipment id and amazon reference number
11/13/23, 22:21 - Yaniv: Also the address you need to pick up from
11/13/23, 22:21 - Yaniv: And the bol should show up the shipment id and ARN
11/13/23, 23:09 - Nicolas לוגיסטיקה ארה"ב: Yaniv, can you tell me the names of these companies
11/13/23, 23:12 - Yaniv: In Edison - New York FBA Prep
11/13/23, 23:12 - Yaniv: In Queens - Prime Transport
11/14/23, 15:49 - Nicolas לוגיסטיקה ארה"ב: Yaniv Sandra is going to send you the two BOL for the pickup ok ?
11/14/23, 15:49 - Yaniv: Ok
11/14/23, 15:50 - Yaniv: Did you include the shipment id's for each? as well as the ARNs?
11/14/23, 15:50 - Yaniv: And why is Julian not calling me back? shipment is arriving today
11/14/23, 15:52 - Nicolas לוגיסטיקה ארה"ב: Yeah
11/14/23, 15:52 - Nicolas לוגיסטיקה ארה"ב: Let me talk with him
11/14/23, 21:11 - Nicolas לוגיסטיקה ארה"ב: Yaniv driver is here in NJ and they're telling him that there is not cargo there
11/14/23, 21:11 - Nicolas לוגיסטיקה ארה"ב: Can you please check
11/14/23, 21:11 - Yaniv: Checking
11/14/23, 21:12 - Nicolas לוגיסטיקה ארה"ב: He already pick up in NY
11/14/23, 21:13 - Yaniv: This warehouse is the worst
11/14/23, 21:13 - Yaniv: We're changing them with you
11/14/23, 21:16 - Nicolas לוגיסטיקה ארה"ב: What I can do ?
11/14/23, 21:16 - Yaniv: We might need to wait for them to give us ok in a day or 2
11/14/23, 21:16 - Yaniv: I actually wanted to wait for thier ok
11/14/23, 21:16 - Yaniv: But you guys were too quick
11/14/23, 21:17 - Nicolas לוגיסטיקה ארה"ב: But driver already picked up first load you never told me to wait one or two days
11/14/23, 21:17 - Yaniv: I really didn't think it would be an issue
11/14/23, 21:17 - Yaniv: I am trying to get them to agree
11/14/23, 21:17 - Yaniv: But pls work on plan B
11/14/23, 21:18 - Nicolas לוגיסטיקה ארה"ב: What we should do? With the pallets that we already have on hand
11/14/23, 21:18 - Yaniv: Can you try to find temporary storage?
11/14/23, 21:20 - Yaniv: I am calling now to see if I can bring someone, all guys are busy, if we knew guys we would of made sure.
11/14/23, 21:21 - Yaniv: I hope I get her to agree
11/14/23, 21:21 - Nicolas לוגיסטיקה ארה"ב: Please let me know
11/14/23, 21:22 - Yaniv: i will
11/14/23, 21:27 - Nicolas לוגיסטיקה ארה"ב: Do you know when the 19 pallets will be ready ?
11/14/23, 21:27 - Yaniv: They are ready, but warehouse is looking for labor to load them on the truck
11/14/23, 21:27 - Nicolas לוגיסטיקה ארה"ב: Because what we can do is pay a TONU to the driver and he can wait until tomorrow so we don't need a warehouse
11/14/23, 21:28 - Yaniv: Give me a little more time to get an answer from the wrehouse
11/14/23, 21:28 - Nicolas לוגיסטיקה ארה"ב: Ok, do you think they will load him today ?
11/14/23, 21:28 - Yaniv: I hope so
11/14/23, 21:28 - Yaniv: Can't say yet
11/14/23, 21:29 - Nicolas לוגיסטיקה ארה"ב: Ok please let me know
11/14/23, 21:30 - Yaniv: of course
11/14/23, 21:36 - Yaniv: Guys, I called the manager and neighbours, no one is available. I do apologize, but i cannot help this time. The soonest opening I have is Thursday, morning
11/14/23, 21:36 - Yaniv: You have a solution?
11/14/23, 21:44 - Nicolas לוגיסטיקה ארה"ב: The only one is get the pallets that we already have and take it to our NJ warehouse and thursday send a truck to pickup both loads again
11/14/23, 21:54 - Yaniv: how much more for all this?

11/14/23, 21:56 - Nicolas לוגיסטיקה ארה"ב: Yaniv what if we return the pallets that we already have to NY
11/14/23, 21:57 - Nicolas לוגיסטיקה ארה"ב: And then on Thursday we make the same two pickups
11/14/23, 21:57 - Yaniv: give me 5
11/14/23, 22:04 - Yaniv: We're going to leave the 4 pallets there
11/14/23, 22:04 - Yaniv: Then load all 23 on Thursday
11/14/23, 22:04 - Nicolas לוגיסטיקה ארה"ב: Ok
11/14/23, 22:04 - Yaniv: Tell the driver to talk with Charlie
11/14/23, 22:05 - Nicolas לוגיסטיקה ארה"ב: Ok got it
11/14/23, 22:05 - Yaniv: And let me know how much extra
11/14/23, 22:05 - Yaniv: thank you & sorry <This message was edited>
11/14/23, 22:05 - Nicolas לוגיסטיקה ארה"ב: It's ok
11/14/23, 22:07 - Yaniv: I have a spot at 10:30 am and 2 pm
11/14/23, 22:07 - Yaniv: When on Thursday?
11/14/23, 22:09 - Nicolas לוגיסטיקה ארה"ב: So, should I reschedule the pickup for Thursday 10:30 am ?
11/14/23, 22:09 - Yaniv: either 10:30am or 2pm
11/14/23, 22:09 - Yaniv: You choose
11/14/23, 22:18 - Nicolas לוגיסטיקה ארה"ב: Driver is asking for $600 because he lost all the day there
11/14/23, 22:19 - Yaniv:
11/14/23, 22:19 - Yaniv: Can't you negotiate?
11/14/23, 22:19 - Nicolas לוגיסטיקה ארה"ב: He ask for 700 I get 100 from Him
11/14/23, 22:19 - Yaniv: Try to close on 500
11/14/23, 22:19 - Nicolas לוגיסטיקה ארה"ב: Let me try to offer 500
11/14/23, 22:22 - Nicolas לוגיסטיקה ארה"ב: Is not any chance to pickup this load tomorrow?
11/14/23, 22:22 - Nicolas 23 לוגיסטיקה ארה"ב: pallets
11/14/23, 22:22 - Yaniv: Let me ask again
11/14/23, 22:31 - Yaniv: Only Thursday
11/14/23, 22:34 - Nicolas לוגיסטיקה ארה"ב: He agreed 500
11/14/23, 22:35 - Yaniv: Thanks
11/14/23, 22:35 - Yaniv: So Thursday 16th 10:30am?
11/14/23, 22:36 - Nicolas לוגיסטיקה ארה"ב: Yeah
11/14/23, 22:40 - Nicolas לוגיסטיקה ארה"ב: Can you send me charlie details
11/14/23, 22:40 - Yaniv: Sec
11/14/23, 22:40 - Nicolas לוגיסטיקה ארה"ב: So the driver can talk with him
11/14/23, 22:40 - Yaniv: ████████8651
11/16/23, 16:18 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv
11/16/23, 16:20 - Yaniv: Good morning
11/16/23, 16:19 - Nicolas לוגיסטיקה ארה"ב: Everything is ready to pickup today ?
11/16/23, 16:28 - Yaniv: Yes
11/16/23, 16:59 - Nicolas לוגיסטיקה ארה"ב: Perfect
11/16/23, 16:59 - Yaniv: Good morning!

Yes everything is ok. I believe the driver is already there.
11/16/23, 17:00 - Nicolas לוגיסטיקה ארה"ב: Yeah do you have the PO ?
11/16/23, 17:00 - Yaniv: Make sure he's taking 23 pallets
11/16/23, 17:00 - Nicolas לוגיסטיקה ארה"ב: Got it
11/16/23, 17:00 - Yaniv: And not just 19 <This message was edited>
11/16/23, 17:00 - Nicolas לוגיסטיקה ארה"ב: Do you have the PO for those 19
11/16/23, 17:01 - Yaniv: Your colleague just sent it
11/16/23, 17:02 - Yaniv: Driver is being asked for PO# can you confirm please.
11/16/23, 17:02 - Nicolas לוגיסטיקה ארה"ב: She send an email requesting the PO
11/16/23, 17:02 - Nicolas לוגיסטיקה ארה"ב: Yeah do you have the Po.
11/16/23, 17:02 - Yaniv: Asking
11/16/23, 17:02 - Nicolas לוגיסטיקה ארה"ב: Ok let me know please
11/16/23, 17:03 - Yaniv: Victoria said she's taking care
11/16/23, 17:08 - Nicolas לוגיסטיקה ארה"ב: Ok
11/16/23, 21:02 - Yaniv: Picked up?

11/16/23, 21:04 - Nicolas לוגיסטיקה ארה"ב: Yeah 23 pallets
11/16/23, 21:04 - Yaniv: Thanks <This message was edited>
11/17/23, 16:57 - Yaniv: Good morning
11/17/23, 16:57 - Yaniv: I need to send you PODs for signature
11/17/23, 16:58 - Yaniv: FOr the shipment picked up from NY'
11/17/23, 19:14 - Yaniv: null
11/17/23, 19:20 - Nicolas לוגיסטיקה ארה"ב: Yaniv do you have the dimensions of these three pallets ?
11/17/23, 19:21 - Yaniv: Sec
11/17/23, 19:22 - Yaniv: DOC-20231117-WA0134. (file attached)
11/17/23, 19:23 - Yaniv: IMG-20231117-WA0136.jpg (file attached)
11/17/23, 19:45 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv $475
11/17/23, 19:45 - Yaniv: Sent PODs by email
11/17/23, 19:45 - Yaniv: Will update
11/17/23, 19:50 - Nicolas לוגיסטיקה ארה"ב: In checking with the dispatcher if the drivers can do it
11/17/23, 20:03 - Yaniv: Thanks
11/17/23, 20:06 - Yaniv: Approved, check my email
11/17/23, 21:19 - Yaniv: Which trucking company is picking up?
11/17/23, 21:19 - Yaniv: And when?
11/17/23, 21:22 - Nicolas לוגיסטיקה ארה"ב: Let me confirm everything
11/17/23, 21:22 - Yaniv: We said today, yes?
11/17/23, 21:22 - Yaniv: Has to be
11/17/23, 21:22 - Yaniv: Or I'll pay storage
11/17/23, 21:23 - Yaniv: If you have issues I'll do it with the broker
11/17/23, 21:27 - Nicolas לוגיסטיקה ארה"ב: Yea it will be picked up today
11/17/23, 21:28 - Yaniv: I need trucking company name
11/17/23, 21:28 - Yaniv: To create release note
11/17/23, 21:29 - Nicolas לוגיסטיקה ארה"ב: ARROY LOGISTICS LLC
11/17/23, 22:30 - Yaniv: What's up?
11/17/23, 22:31 - Nicolas לוגיסטיקה ארה"ב: Checking
11/17/23, 22:41 - Nicolas לוגיסטיקה ארה"ב: Driver is getting loaded
11/17/23, 22:42 - Yaniv:
11/20/23, 18:00 - Yaniv: Good morning
11/20/23, 18:00 - Yaniv: When is delivery to Amazon scheduled for?
11/20/23, 18:00 - Yaniv: I'm talking about the pickup from NY
11/20/23, 18:06 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, i think the delivery is set up for today
11/20/23, 18:06 - Nicolas לוגיסטיקה ארה"ב: Let me confirm
11/20/23, 19:52 - Yaniv: ?
11/20/23, 20:03 - Nicolas לוגיסטיקה ארה"ב: Yeah today 3 pm
11/20/23, 20:03 - Yaniv: Thanks
11/20/23, 22:34 - Yaniv: Any clue if our cargo arrived from LAX?
11/20/23, 22:34 - Yaniv: Julian is never available
11/20/23, 22:34 - Yaniv: I really hope your warehouse will do a good job
11/20/23, 23:20 - Yaniv: Nicolas?
11/20/23, 23:20 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv
11/20/23, 23:20 - Nicolas לוגיסטיקה ארה"ב: Let me check with Julian
11/20/23, 23:44 - Yaniv: Did you? I want answer before I go to bed
11/21/23, 00:04 - Nicolas לוגיסטיקה ארה"ב: He told me cargo was going to be delivered today
11/21/23, 00:10 - Yaniv: Why is he not replying?
11/21/23, 00:15 - Nicolas לוגיסטיקה ארה"ב: He is out of the office
11/21/23, 18:19 - Yaniv: null
11/21/23, 18:41 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv did you call
Me
11/21/23, 18:41 - Nicolas לוגיסטיקה ארה"ב: Is there anything that I can help you ?
11/23/23, 18:45 - Yaniv: Hello
11/23/23, 18:45 - Yaniv: I just wanted to know if everything is going well with out in-prep shipment
11/23/23, 18:45 - Yaniv: Hard to get answer from Julian
11/23/23, 21:34 - Yaniv: ?



12/4/23, 16:54 - Yaniv: Good morning, waiting for a quote to Dupont (See email)
12/4/23, 17:20 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, i will be sending you soon
12/4/23, 18:16 - Nicolas לוגיסטיקה ארה"ב: Yaniv

12/4/23, 18:16 - Nicolas ‏לוגיסטיקה ארה"ב:‏ $ 850
4 days transit time
12/4/23, 18:19 - Yaniv: Can you get it out today?
12/4/23, 18:19 - Nicolas ‏לוגיסטיקה ארה"ב:‏ LTL carries we need to let them know one day in advance
12/4/23, 18:19 - Nicolas ‏לוגיסטיקה ארה"ב:‏ I can try for today but not 100% sure
12/4/23, 18:19 - Yaniv: Ok go ahead
12/4/23, 18:20 - Yaniv: But please reply with this quote by email
12/4/23, 18:20 - Yaniv: Also here the POD to get signature on
12/4/23, 18:20 - Yaniv: POD 006-35792131.pdf (file attached)
POD 006-35792131.pdf
12/4/23, 22:53 - Nicolas ‏לוגיסטיקה ארה"ב:‏ Yaniv can you send us the payment receipt?
12/4/23, 22:54 - Yaniv: Please email me, I will take care
12/4/23, 22:54 - Yaniv: It's 22:55 here...
12/4/23, 22:58 - Nicolas ‏לוגיסטיקה ארה"ב:‏ Ok I will send an email
12/5/23, 16:06 - Yaniv: When will they pick up?
12/5/23, 16:20 - Nicolas ‏לוגיסטיקה ארה"ב:‏ I understand that today
12/5/23, 16:32 - Nicolas ‏לוגיסטיקה ארה"ב:‏ Yaniv warehouse team send you an email can you check please
12/5/23, 16:32 - Yaniv: I am on it
12/5/23, 16:32 - Yaniv: Checking the inb now
12/5/23, 16:32 - Yaniv: * inv
12/5/23, 16:47 - Yaniv: Pls confirm that this will be returned signed
12/5/23, 17:11 - Yaniv: ??
12/5/23, 17:11 - Nicolas ‏לוגיסטיקה ארה"ב:‏ Yes I will talk to operations about it
12/5/23, 17:12 - Nicolas ‏לוגיסטיקה ארה"ב:‏ It's hard use your BoL because when are LTL movements the carriers use their own BOL, but I will try to use yours
12/5/23, 17:13 - Yaniv: It's a must if we want to work together
12/5/23, 17:13 - Yaniv: This is the only way for me to argue later with Amazon when they claim for discrepancies
12/5/23, 17:14 - Nicolas ‏לוגיסטיקה ארה"ב:‏ With a dedicated truck we can Used the BOL that we want
12/5/23, 17:14 - Nicolas ‏לוגיסטיקה ארה"ב:‏ But when it's an LTL carrier they use their own BoL
12/5/23, 17:15 - Yaniv: I need you to work out a solution
12/5/23, 17:15 - Yaniv: Maybe some driver you know
12/6/23, 21:44 - Yaniv: Hello
12/6/23, 21:50 - Yaniv: I need a tracking number for the shipment leaving your warehouse today
12/6/23, 23:48 - Yaniv: ?
12/7/23, 15:49 - Nicolas ‏לוגיסטיקה ארה"ב:‏ Hi Yaniv, sorry i was out
12/7/23, 15:49 - Nicolas ‏לוגיסטיקה ארה"ב:‏ Can you ask operation on the email chain that we have:
12/7/23, 15:50 - Nicolas ‏לוגיסטיקה ארה"ב:‏ ?
12/7/23, 15:50 - Yaniv: I already did
12/7/23, 15:50 - Yaniv: No reply
12/7/23, 15:50 - Nicolas ‏לוגיסטיקה ארה"ב:‏ checking
12/7/23, 16:02 - Nicolas ‏לוגיסטיקה ארה"ב:‏ Yaniv and about Boston truck
12/7/23, 16:02 - Nicolas ‏לוגיסטיקה ארה"ב:‏ Do you want me to book that truck>
12/7/23, 16:02 - Nicolas ‏לוגיסטיקה ארה"ב:‏ ?
12/7/23, 16:02 - Yaniv: Yes pls
12/7/23, 16:02 - Nicolas ‏לוגיסטיקה ארה"ב:‏ When is the ETA ?
12/7/23, 16:02 - Yaniv: I just hope we won't have changes from airline <This message was edited>
12/7/23, 16:03 - Yaniv: See my email
12/7/23, 16:03 - Yaniv: I think 17th is the expected landing
12/7/23, 16:04 - Nicolas ‏לוגיסטיקה ארה"ב:‏ Ok perfect
12/13/23, 16:42 - Nicolas ‏לוגיסטיקה ארה"ב:‏ Hi Yaniv how are you ?
12/13/23, 16:42 - Nicolas ‏לוגיסטיקה ארה"ב:‏ Are we ok with 17th pickup ?
12/13/23, 16:48 - Yaniv: Hi
12/13/23, 16:48 - Yaniv: PTT-20231213-WA0066.opus (file attached)
12/13/23, 16:49 - Yaniv: Inon emailed you about another shipment
12/13/23, 16:58 - Nicolas ‏לוגיסטיקה ארה"ב:‏ On Yaniv oerfect
12/13/23, 16:58 - Nicolas ‏לוגיסטיקה ארה"ב:‏ Perfect

[REDACTED]

12/14/23, 14:04 - Yaniv: Good morning
12/14/23, 14:05 - Yaniv: Flight change, landing n Miami instead of Boston. I need a quote for Miami to Dupont urgently <This message was edited>
12/14/23, 15:44 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv checking
12/14/23, 15:45 - Yaniv: Thanks
12/14/23, 16:08 - Yaniv: FLIGHT DETAILS

TLV-MIA 0017-17Dec
12/14/23, 16:10 - Nicolas לוגיסטיקה ארה"ב: Got it
12/14/23, 16:10 - Nicolas לוגיסטיקה ארה"ב: 17 is Sunday
12/14/23, 16:10 - Nicolas לוגיסטיקה ארה"ב: Should I arrange the pickup for that day ?
12/14/23, 16:10 - Yaniv: So pick up Monday early morning
12/14/23, 16:10 - Yaniv: Send me the quote and if reasonable I'll put you in touch with my broker fot further details
12/14/23, 16:11 - Nicolas לוגיסטיקה ארה"ב: We have to make sure that the cargo is release when we going to pickup
12/14/23, 16:11 - Nicolas לוגיסטיקה ארה"ב: Ok I'm looking for it
12/14/23, 16:11 - Yaniv: Of course, you will be in touch with the broker
12/14/23, 18:17 - Nicolas לוגיסטיקה ארה"ב: Yaniv
12/14/23, 18:17 - Nicolas לוגיסטיקה ארה"ב: From Miami tu DuPont would be $6200
12/14/23, 18:18 - Yaniv: That is too much
12/14/23, 18:18 - Yaniv: Need to be 5700 like BOS
12/14/23, 18:29 - Nicolas לוגיסטיקה ארה"ב: Its 400 miles longer
12/14/23, 18:29 - Nicolas לוגיסטיקה ארה"ב: The best i can do here is $ 6100
12/14/23, 18:30 - Yaniv: Let me compare
12/14/23, 18:32 - Nicolas לוגיסטיקה ארה"ב: Sure
12/14/23, 19:06 - Yaniv: 6000 is okay
12/14/23, 19:21 - Nicolas לוגיסטיקה ארה"ב: Let me check
12/14/23, 19:30 - Nicolas לוגיסטיקה ארה"ב: Yaniv can you remember me the commodity
12/14/23, 19:31 - Yaniv: Cosmetics
12/14/23, 19:33 - Nicolas לוגיסטיקה ארה"ב: Non haz right?
12/14/23, 19:39 - Yaniv: PTT-20231214-WA0119.opus (file attached)
12/14/23, 20:11 - Nicolas לוגיסטיקה ארה"ב: That could change the rate
12/14/23, 20:11 - Nicolas לוגיסטיקה ארה"ב: And I need MSDS
12/14/23, 20:12 - Nicolas לוגיסטיקה ארה"ב: Also can you ask if the driver needs twic card to pickup
12/14/23, 20:33 - Nicolas לוגיסטיקה ארה"ב: Do you have the MsDS
12/14/23, 20:53 - Nicolas לוגיסטיקה ארה"ב: Yaniv for this load if is haz i need the MSDS to know the class otherwise cannot be moved
12/14/23, 20:59 - Yaniv: Leave it as non msds
12/14/23, 21:07 - Nicolas לוגיסטיקה ארה"ב: What do you mean?
12/14/23, 21:13 - Yaniv: All our goods are haz
12/14/23, 21:13 - Yaniv: But we never state it
12/14/23, 21:13 - Yaniv: Juat pick up regularly
12/14/23, 21:13 - Yaniv: Mention cosmetics
12/14/23, 21:13 - Nicolas לוגיסטיקה ארה"ב: This could be dangerous Yaniv
12/14/23, 21:14 - Yaniv: PTT-20231214-WA0124.opus (file attached)
12/14/23, 21:15 - Nicolas לוגיסטיקה ארה"ב: Ok I will
12/14/23, 22:02 - Yaniv: So 6000 confirmed?
12/14/23, 22:30 - Nicolas לוגיסטיקה ארה"ב: Yes please let me know complete pickup address and terminal
12/14/23, 22:31 - Nicolas לוגיסטיקה ארה"ב: Also y need all the paperwork in order to pickup

12/14/23, 22:31 - Nicolas לוגיסטיקה ארה"ב: AWB # and release paperwork
12/14/23, 22:31 - Yaniv: I will email
12/14/23, 22:32 - Nicolas לוגיסטיקה ארה"ב: Ok, perfect Yaniv thanks
12/14/23, 23:24 - Yaniv: Just making sure - you are going to get our PODs signed?
12/14/23, 23:56 - Yaniv: ?
12/14/23, 23:57 - Nicolas לוגיסטיקה ארה"ב: Yes when is a FTL is easier
12/15/23, 15:49 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, can you send me all the information for Monday pickup
12/15/23, 15:49 - Nicolas לוגיסטיקה ארה"ב: At Miami airport
12/15/23, 15:49 - Nicolas לוגיסטיקה ארה"ב: Complete pickup address
12/15/23, 15:49 - Nicolas לוגיסטיקה ארה"ב: AWB #
12/15/23, 15:50 - Yaniv: Please ask Kishor / Cecil in the email thread
12/15/23, 15:51 - Yaniv: Showing in email subject
12/15/23, 15:51 - Nicolas לוגיסטיקה ארה"ב: Got it
12/15/23, 15:51 - Yaniv: AWB 114-61706466 MIA To AMAZON
12/15/23, 15:56 - Nicolas לוגיסטיקה ארה"ב: I need the FBA and the Amazon ID in order to make the appointment
12/15/23, 15:56 - Nicolas לוגיסטיקה ארה"ב: Can you send it to me please
12/15/23, 16:30 - Yaniv: I will ask Eliran, he will send on Sunday
12/15/23, 16:58 - Nicolas לוגיסטיקה ארה"ב: Do you think he can send it today so we can make the appointment in advance
12/15/23, 16:59 - Yaniv: If you look at the first email I sent about this shipment, there's a packing list attached
12/15/23, 16:59 - Yaniv: In it there are the shipment id's and ARNs (amazon reference number)
12/18/23, 15:03 - Yaniv: IMG-20231218-WA0046.jpg (file attached)
again?
12/18/23, 15:07 - Nicolas לוגיסטיקה ארה"ב: Checking
12/18/23, 15:23 - Nicolas לוגיסטיקה ארה"ב: Yaniv from which email did you send me?
12/18/23, 15:24 - Yaniv: yaniv@entradeltd.com
12/18/23, 15:24 - Nicolas לוגיסטיקה ארה"ב: Yaniv cargo arrives to MIA ?
12/18/23, 15:25 - Yaniv: It landed a few hours ago
12/18/23, 15:25 - Yaniv: Waiting for the broker to update
12/18/23, 15:25 - Yaniv: I will inform you
12/18/23, 15:25 - Yaniv: Did you share the PODs with the trucker?
12/18/23, 15:25 - Nicolas לוגיסטיקה ארה"ב: Yes I did
12/18/23, 15:26 - Yaniv: Also sent you an email in the weekend, need a quote for a single pallet
12/18/23, 15:26 - Yaniv: From NY
12/18/23, 15:26 - Nicolas לוגיסטיקה ארה"ב: Yeah I saw it, let me work on it
12/18/23, 15:40 - Nicolas לוגיסטיקה ארה"ב: Is fixed now
12/18/23, 20:52 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, any comment about the release
12/18/23, 21:37 - Yaniv: I saw they replied
12/18/23, 21:38 - Yaniv: When is the appointment with Amazon?
12/18/23, 21:38 - Nicolas לוגיסטיקה ארה"ב: Yeah I already sent everything to the driver
12/18/23, 21:39 - Yaniv: ?
12/19/23, 20:38 - Yaniv: ?
12/19/23, 20:50 - Nicolas לוגיסטיקה ארה"ב: Yaniv we have it for friday
12/19/23, 20:51 - Nicolas לוגיסטיקה ארה"ב: But driver told us to update it for Monday
12/19/23, 20:51 - Nicolas לוגיסטיקה ארה"ב: So we are waiting to update the appointment
12/19/23, 20:51 - Yaniv: Why? That's bad
12/19/23, 20:51 - Yaniv: Can't you push him?
12/19/23, 20:52 - Nicolas לוגיסטיקה ארה"ב: Because he cannot make it for Friday so its better deliver with time
12/19/23, 20:52 - Yaniv: Where will he store the goods during weekend?
12/19/23, 20:52 - Yaniv: They are very expensive
12/19/23, 20:52 - Nicolas לוגיסטיקה ארה"ב: Yes i will push to get the products delivery asap
12/19/23, 20:52 - Yaniv: Nicolas it has to be Friday
12/19/23, 20:53 - Yaniv: He left Miami yesterday, right?

12/19/23, 20:53 - Yaniv: That's not enough till Friday?
12/19/23, 20:54 - Nicolas לוגיסטיקה ארה"ב: Its more than 3000 miles he cannot make it for friday
12/19/23, 20:55 - Yaniv: ?
12/19/23, 20:55 - Nicolas לוגיסטיקה ארה"ב: On the truck
12/19/23, 20:55 - Yaniv: Impossible
12/19/23, 20:55 - Yaniv: We're talking hundreds of thousands of dollars
12/19/23, 20:55 - Yaniv: This is not plastics from China
12/19/23, 20:56 - Nicolas לוגיסטיקה ארה"ב: Yaniv drivers always store the goods in theirs trucks
12/19/23, 20:56 - Nicolas לוגיסטיקה ארה"ב: They stop at a truck stop those places are safe
12/19/23, 20:56 - Yaniv: Why not schedule for Saturday?
12/19/23, 20:56 - Yaniv: Amazon are working weekends
12/19/23, 20:56 - Nicolas לוגיסטיקה ארה"ב: Let me try to get that load deliver by Friday but I don't think is possible
12/19/23, 20:56 - Nicolas לוגיסטיקה ארה"ב: Yeah the issue is the appointment
12/19/23, 20:57 - Nicolas לוגיסטיקה ארה"ב: They are not giving us appointments for Saturday or Sunday
12/19/23, 20:57 - Yaniv: See if some extra $$ can make it to Friday
12/19/23, 20:58 - Yaniv: Assuming he arrives to Dupont on Saturday, where will he stay till Monday?
12/19/23, 20:58 - Nicolas לוגיסטיקה ארה"ב: Ok I will try with team drivers but I have to check
12/19/23, 20:58 - Nicolas לוגיסטיקה ארה"ב: In a truck stop
12/19/23, 20:58 - Yaniv: Doesn't make sense that he'll spend 2 nights in the stop station
12/19/23, 20:59 - Yaniv: For 2 whole nights??
12/19/23, 20:59 - Nicolas לוגיסטיקה ארה"ב: He is telling me GPS is showing Saturday 9 pm
12/19/23, 21:00 - Yaniv: Ho wow
12/19/23, 21:00 - Nicolas לוגיסטיקה ארה"ב: Arriving time
12/19/23, 21:00 - Yaniv: Can you check where he'll wait until Monday? <This message was edited>
12/19/23, 21:00 - Yaniv: It's important for me to understand
12/19/23, 21:01 - Nicolas לוגיסטיקה ארה"ב: We already had the appointment for Friday but driver doesn't make it on Friday, so we already make the change in the seller centrar to get the appointment asap, we are waiting for availability
12/19/23, 21:01 - Nicolas לוגיסטיקה ארה"ב: He will wait in a truck stop
12/19/23, 21:01 - Yaniv: 100% sure?
12/19/23, 21:01 - Nicolas לוגיסטיקה ארה"ב: Yes
12/19/23, 21:02 - Yaniv: Ok, see if you can get Sunday
12/19/23, 21:02 - Nicolas לוגיסטיקה ארה"ב: It's better that do a Transloading believe me
12/19/23, 21:02 - Yaniv: What is transloading?
12/19/23, 21:02 - Nicolas לוגיסטיקה ארה"ב: Unload the cargo in a warehouse and then load a different truck the appointment day
12/19/23, 21:03 - Yaniv: Ok
12/19/23, 21:03 - Yaniv: Do we have an approval of what he loaded in miami?
12/19/23, 21:03 - Yaniv: Like a bol or something
12/19/23, 21:04 - Nicolas לוגיסטיקה ארה"ב: Let me check with operations
12/19/23, 21:04 - Yaniv: Please
12/19/23, 21:04 - Yaniv: And you said he has all PODs sent by Eliran, right?
12/19/23, 21:05 - Nicolas לוגיסטיקה ארה"ב: Yeah operations sent everything
12/19/23, 21:05 - Yaniv: Good
12/19/23, 21:05 - Yaniv: PTT-20231219-WA0090.opus (file attached)
12/19/23, 23:04 - Yaniv: ?
12/20/23, 13:40 - Yaniv: Morning, no news about 1 pallet from NY?
12/20/23, 16:05 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv cheking
12/20/23, 16:05 - Nicolas לוגיסטיקה ארה"ב: Checking
12/20/23, 16:11 - Nicolas לוגיסטיקה ארה"ב: I have $ 800 so far
12/20/23, 17:15 - Yaniv: Bery expensive
12/20/23, 17:16 - Nicolas לוגיסטיקה ארה"ב: I'm checking with more carriers
12/20/23, 17:16 - Yaniv: We have estes for 660
12/20/23, 17:17 - Nicolas לוגיסטיקה ארה"ב: Let me check with operations if we can match that
12/20/23, 19:35 - Nicolas לוגיסטיקה ארה"ב: Ok Yaniv we find a better rate at $ 640
12/20/23, 19:35 - Nicolas לוגיסטיקה ארה"ב: For one pallet

12/20/23, 19:43 - Yaniv: Carrier?
12/20/23, 21:22 - Yaniv: ??
12/20/23, 21:22 - Yaniv: Nicolas I want to finish with those 2 shipments
12/20/23, 21:22 - Yaniv: Please reply to my emails asap
12/20/23, 21:23 - Nicolas לוגיסטיקה ארה"ב: I'm waiting for operations reply
12/20/23, 22:20 - Yaniv: Still nothing?
12/20/23, 22:21 - Nicolas לוגיסטיקה ארה"ב: T Force is the carrier
12/20/23, 22:22 - Yaniv: For both shipments?
12/20/23, 22:22 - Nicolas לוגיסטיקה ארה"ב: For the 5 pallets
12/20/23, 22:23 - Yaniv: Ok and the single one?
12/20/23, 22:23 - Nicolas לוגיסטיקה ארה"ב: XPO
12/20/23, 22:24 - Yaniv: They do Amazon dispatches?
12/20/23, 22:24 - Yaniv: I don't know them
12/20/23, 22:48 - Nicolas לוגיסטיקה ארה"ב: Yeah they do
12/20/23, 22:56 - Yaniv: IMG-20231220-WA0101.jpg (file attached)
You know them?
12/20/23, 23:00 - Nicolas לוגיסטיקה ארה"ב: Yes I know them
12/20/23, 23:01 - Yaniv: They are like 50% cheaper on the same route
12/20/23, 23:02 - Yaniv: What's the catch?
12/20/23, 23:03 - Nicolas לוגיסטיקה ארה"ב: Sometimes there is companies strongest for specific lane, could be because in this lane they have a lot of trucks
12/20/23, 23:03 - Yaniv: So they also do Amazon?
12/20/23, 23:03 - Nicolas לוגיסטיקה ארה"ב: But I'm not sure if the appointment is included here
12/20/23, 23:04 - Nicolas לוגיסטיקה ארה"ב: I don't think so
12/20/23, 23:34 - Yaniv: I sent multiple emails asking for invoices on previuous shipment
12/20/23, 23:34 - Yaniv: I hate unloss ends
12/20/23, 23:34 - Yaniv: Pls share it asap
12/20/23, 23:38 - Nicolas לוגיסטיקה ארה"ב: Let me talk to to finance
12/21/23, 00:20 - Nicolas לוגיסטיקה ארה"ב: Yaniv what's the commodity for 5 pallets
12/21/23, 00:20 - Yaniv: Cosmetics
12/21/23, 21:32 - Yaniv: Still nothing
12/21/23, 21:33 - Nicolas לוגיסטיקה ארה"ב: They will send everything tomorrow
12/26/23, 16:50 - Yaniv: Good morning
12/26/23, 16:50 - Yaniv: What about my shipments?
12/26/23, 16:51 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv, let me talk to Sandra to give you an update
12/26/23, 16:54 - Yaniv: Pls always notify us by email about the expected deliveries
12/26/23, 16:55 - Yaniv: We are kept in the dark and I don't like it
12/26/23, 17:08 - Yaniv: At least you need to give me tracking info.
12/26/23, 17:09 - Yaniv: I mean on the day of pick up
12/26/23, 17:58 - Nicolas לוגיסטיקה ארה"ב: I have a meeting with operations today i will talk to them to keep you more informed about everythgin
12/26/23, 18:29 - Yaniv: No update?
12/26/23, 18:29 - Yaniv: What's taking so long?
12/26/23, 21:10 - Yaniv: They only provide answer about 5 pallets
12/26/23, 21:11 - Yaniv: What about FTL from Miami?
12/26/23, 21:11 - Yaniv: You never updated me with appointment
12/26/23, 23:52 - Nicolas לוגיסטיקה ארה"ב: Sorry Yaniv are operations the ones in charge of give you updates, i just spoke with the and told them to give you more updates and accurated ones
12/28/23, 21:51 - Yaniv: Can you please get Sandra or Sebastian to contact me urgently?
12/28/23, 23:55 - Yaniv: ?
12/29/23, 00:02 - Yaniv: null
12/29/23, 00:55 - Yaniv: null
12/29/23, 13:39 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv sorry I was out
12/29/23, 13:39 - Nicolas לוגיסטיקה ארה"ב: Yeah let me tell them to call you today
1/1/24, 14:14 - Yaniv: Nicolas, the shipment that was picked up from Miami never made it to Amazon, even though you said it was delivered.
These are very very expensive merchandise, I need to know for sure what's going on!

1/2/24, 14:43 - Yaniv: ?
1/2/24, 14:47 - Nicolas לוגיסטיקה ארה"ב: Hi Yaniv in checking with operations right now
1/2/24, 14:47 - Yaniv: Nicolas i can't even express how urgent this is
1/2/24, 14:47 - Yaniv: Huge money
1/2/24, 14:48 - Yaniv: Was supposed to be visible in my seller account by now and it's not
1/2/24, 14:49 - Nicolas לוגיסטיקה ארה"ב: Ok, I understand let me check with the them and let you know as soon as I have an answer
1/2/24, 14:54 - Yaniv: Where was the drive between the weekend and the appointment?
1/2/24, 14:55 - Yaniv: That is the last update you gave me
1/2/24, 14:59 - Yaniv: Then on the 29th, Sebastian sent this by email:
"It got delivered today, we will share POD soon"
1/2/24, 15:02 - Yaniv: 29th is Friday, so what happened between Saturday & the next Friday? I thought it was being delivered on Monday, 25th
1/2/24, 17:24 - Yaniv: You guys are taking your time
1/2/24, 17:24 - Yaniv: I need urgent answers
1/2/24, 17:48 - Yaniv: null
1/2/24, 19:02 - Yaniv: null
1/3/24, 15:00 - Yaniv: Still no news?!!@
1/3/24, 19:33 - Yaniv: The fact that you're ignoring my messages and calls shows a lot.
You were man enough to sell me this transport but not man enough to help me whe  things fo wrong?

I want your company manager to call me today and explain what's going on before I make sure all Amazon sellers' community (and trust me, it's a small community) knows about this case and how you have been treating me
1/3/24, 19:44 - Nicolas לוגיסטיקה ארה"ב: EXCUSE ME ?
1/3/24, 19:44 - Yaniv: I am calling and texting you non stop
1/3/24, 19:45 - Yaniv: My whole life savings are missing
1/3/24, 19:45 - Yaniv: The very least you can do is answer
1/3/24, 19:44 - Nicolas לוגיסטיקה ארה"ב: I'm not in charge of operations, Sebastian told me that he talk with you today
1/3/24, 19:45 - Nicolas לוגיסטיקה ארה"ב: I wish to have the solution for this issue but is something that operations is working on it
1/3/24, 19:45 - Nicolas לוגיסטיקה ארה"ב: I'm talking with Sandra and Sebastian everyday to try to solve this issue
1/3/24, 19:46 - Nicolas לוגיסטיקה ארה"ב: I'm telling them to keep you updated
1/3/24, 19:46 - Nicolas לוגיסטיקה ארה"ב: I'm want to solve this issue as much as you want
1/3/24, 19:47 - Yaniv: Nicolas they have no updates to give!
1/3/24, 19:47 - Yaniv: The trucking is not answering them
1/3/24, 19:47 - Yaniv: Amazon says appointment was deleted
1/3/24, 19:47 - Yaniv: And y life savings are no where to be found
1/3/24, 19:48 - Yaniv: What kind of a trucking company you're working with that they just disappear with cargo?
1/3/24, 19:48 - Nicolas לוגיסטיקה ארה"ב: We work with more than 70 carriers Yaniv
1/3/24, 19:49 - Nicolas לוגיסטיקה ארה"ב: I'm working together with Sebastian to get an update
1/3/24, 19:49 - Yaniv: I want to talk to your company manager
1/3/24, 19:49 - Nicolas לוגיסטיקה ארה"ב: Sebastian it's our operations manager
1/3/24, 19:50 - Yaniv: And he is not giving me any answers
1/3/24, 19:50 - Yaniv: So I want his manager
1/3/24, 20:14 - Yaniv: I understand goods were found?
1/3/24, 20:17 - Nicolas לוגיסטיקה ארה"ב: Yes
1/3/24, 20:17 - Nicolas לוגיסטיקה ארה"ב: Sebastian's is negotiating with the driver
1/3/24, 20:18 - Yaniv: Negotiating about what?
1/3/24, 20:19 - Nicolas לוגיסטיקה ארה"ב: About the delivery
1/3/24, 20:19 - Nicolas לוגיסטיקה ארה"ב: Because he is asking us for more money
1/3/24, 20:19 - Nicolas לוגיסטיקה ארה"ב: But he will arrange with the driver
1/3/24, 20:20 - Yaniv: Once it finalized please explain what happened here exactly
1/3/24, 20:20 - Yaniv: I really can't understand

1/3/24, 20:21 - Yaniv: Also make sure he has all our 20 pallets, not mixing with someone else's, and get out PODs templates signed
1/3/24, 20:21 - Yaniv: Thanks <This message was edited>
1/3/24, 21:02 - Yaniv: Do you know when the pallets will be delivered?
1/3/24, 21:07 - Nicolas לוגיסטיקה ארה"ב: Let me check
1/3/24, 21:45 - Yaniv: ?
1/3/24, 22:46 - Yaniv: Can you guys send me the updated status before I go to bed?
1/3/24, 22:46 - Yaniv: I need to know that it is all sorted our
1/3/24, 22:46 - Yaniv: out
1/4/24, 23:11 - Yaniv: Hello. Is there a date for an appointment yet?